IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| LINDY RAY MATTHEWS )  | |
| ) | |
| v. ) | 3:05-CV-1217-P |
| ) | |
| WARDEN L.E. FLEMING, ET AL ) | |

## ORDER

After making the review required by 28 U.S.C. § 636(b), the Court finds that the Findings, Conclusions and Recommendation of the Magistrate Judge are correct, and they are adopted as the findings and conclusions of the Court.

It is further ORDERED that no further action will be taken in response to Plaintiff's letter.

Signed this 18th day of August, 2005.

JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE